Nafi NDIAYE, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 07–1771.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2008.

Decided: June 19, 2008.

Ronald D. Richey, Law Offices of Ronald D. Richey, Rockville, Maryland, for Petitioner. Jeffrey S. Bucholtz, Acting Assistant Attorney General, Michael P. Lindemann, Assistant Director, Ethan B. Kanter, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nafi Ndiaye, a native and citizen of Mauritania, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen and reconsider. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Ndiaye's motion. *See* 8 C.F.R. § 1003.2(a) (2008). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In Re: Ndiaye* (B.I.A. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*